## No. 17,623.

LILA BIRKHEAD *v.* PUBLIC EMPLOYES' RETIREMENT
BOARD, ET AL.

(286 P. [2d] 635)

Decided July 25, 1955.

Mr. LAWRENCE M. HENRY, Mr. MILTON MORRIS, for
plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK E.
HICKEY, Deputy Attorney General, Mr. JACK E. KEN-
NEDY, Assistant Attorney General, for defendants in er-
ror.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.